James A. Michel
State Bar No. 184730
2912 Diamond St. #373
San Francisco CA 94131
415/ 239-4949
(Fax 239-0156)
attyjmichel@gmail.com

Attorney for Plaintiffs
CAROLYNN TAYMUREE and
ZOHRA RICHARDSON

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| CAROLYNN TAYMUREE, an individual, and ZOHRA RICHARDSON, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>ELECTRONIC DOCUMENT PROCESSING, INC., a California corporation; PRESCOTT WOODFORD, individually and in his official capacity; and DOES 1 through 10, inclusive,<br><br>  Defendants.<br>_____/ | Case No. 3:16-cv-06139 JST<br><br>JOINT NOTICE OF SETTLEMENT |

JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE THAT plaintiffs and defendants have reached an agreement to settle this case. The settlement is expected to be completed within 21 days of the date this stipulation is filed and entered, and if that occurs, the parties will file a Stipulation and Order for Dismissal within 30 days of that date.

DATED: January 20, 2017                    ____/s/ Steven S. Nimoy_____
                                            STEVEN S. NIMOY
                                            Soltman, Levitt, Flaherty & Wattles LLP
                                            Attorneys for Defendants

| | |
|---|---|
| 1 | ELECTRONIC DOCUMENT PROCESSING, INC. and |
| 2 | PRESCOTT WOODFORD |

Attestation pursuant to L.R. 5-1(i)(3)

The undersigned attests that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

DATED: January 24, 2017                                    ____/s/ James A. Michel_____
                                                                                JAMES A. MICHEL
                                                                                Attorney for Plaintiffs
                                                                                CAROLYN TAYMUREE and
                                                                                ZOHRA RICHARDSON