James A. Michel
State Bar No. 184730
2912 Diamond St. #373
San Francisco CA 94131
415/ 239-4949
(Fax 239-0156)
attyjmichel@gmail.com

Attorney for Plaintiffs
CAROLYNN TAYMUREE and
ZOHRA RICHARDSON

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| CAROLYNN TAYMUREE, an individual, and ZOHRA RICHARDSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC DOCUMENT PROCESSING, INC., a California corporation; PRESCOTT WOODFORD, individually and in his official capacity; and DOES 1 through 10, inclusive,<br><br>Defendants.<br>_____/ | Case No. 3:16-cv-06139 JST<br><br>STIPULATION AND ORDER DISMISSING CASE |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs CAROLYNN TAYMUREE and ZOHRA RICHARDSON, and Defendants, ELECTRONIC DOCUMENT PROCESSING, INC. and PRESCOTT WOODFORD, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled; therefore, the claims asserted by Plaintiffs against all Defendants in the above-entitled case are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

2. Each party shall bear its own costs and attorney fees.

/ / /

DATED: February 23, 2017        _____/s/ Steven S. Nimoy_____
STEVEN S. NIMOY
Soltman, Levitt, Flaherty & Wattles LLP
Attorneys for Defendants
ELECTRONIC DOCUMENT
PROCESSING, INC. and
PRESCOTT WOODFORD

Attestation pursuant to L.R. 5-1(i)(3)

The undersigned attests that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

DATED: February 23, 2017        _____/s/ James A. Michel_____
JAMES A. MICHEL
Attorney for Plaintiffs
CAROLYN TAYMUREE and
ZOHRA RICHARDSON

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

DATED: __February 23, 2017_____        _____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE